EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2004

at __ o'clock and __ min __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORMAN VIDA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO CR04-00467  SOM <br><br> INDICTMENT <br><br> (26 U.S.C. § 5861(d); <br> 18 U.S.C. § 922(g)(3); <br> 18 U.S.C. § 924(a)(2)) |

INDICTMENT

COUNT 1

[26 U.S.C. §§ 5841, 5861(d), and 5871]

The Grand Jury charges:

On or about December 9, 2003, in the District of Hawaii, the defendant, NORMAN VIDA, knowingly received and possessed a firearm, that is, a shotgun having a barrel less than eighteen inches in length, to wit, an O.F. Mossberg & Sons, Inc.

shotgun with a barrel length of 15.75 inches bearing an obliterated serial number, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

COUNT 2

[26 U.S.C. §§ 5841, 5861(d), and 5871]

The Grand Jury further charges:

On or about December 9, 2003, in the District of Hawaii, the defendant, NORMAN VIDA, knowingly received and possessed a firearm, that is, a silencer as defined in Title 18, United States Code, Section 921(a)(24), that is, an 8.75 inch by 1.5 inch silencer, which was fitted to a .22 caliber pistol, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

COUNT 3

[18 U.S.C. §922(g)(3)]

The Grand Jury further charges:

On or about December 9, 2003, in the District of Hawaii, the defendant, NORMAN VIDA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce firearms, to wit, an O.F. Mossberg & Sons, Inc. shotgun bearing an obliterated serial number and a High Standard Model B .22 caliber pistol bearing serial number 63978 which had attached to

it a silencer.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 4
[18 U.S.C. §922(g)(3)]

The Grand Jury further charges:

On or about December 9, 2003, in the District of Hawaii, the defendant, NORMAN VIDA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, ammunition, to wit, 1) six rounds of Winchester 12 gauge ammunition, 2) ten rounds of Winchester Luger 9 mm ammunition, 3) thirty rounds of Winchester .357 caliber ammunition, 4) three rounds of 2.75 inch Winchester 12 gauge ammunition and 5) one round of Remington 2.75 inch Remington 12 gauge ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

//
//
//
//
//
//
//
//

<u>Sentencing Allegations</u>

1. With regard to Count 2, the O.F. Mossberg & Sons, Inc. shotgun has a barrel length of 15.75 inches.

2. With regard to Count 2, an 8.75 inch by 1.5 inch silencer as defined by Title 18, United States Code, Section 921(a)(24) was attached to the High Standard Model B .22 caliber pistol bearing serial number 63978.

DATED: _____12/1/04_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Norman Vida
Cr. No.
"Indictment"