AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

963188

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| NORMAN VIDA | Case Number: CR 04-00467SOM |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2008

at 8 o'clock and 50 min. A.M.
SUE BEITIA, CLERK

To: The United States Marshal and
and any Authorized United States Officer
and any City and County of Honolulu Law Enforcement Officer

YOU ARE HEREBY COMMANDED to arrest _____NORMAN VIDA_____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Title 26 U.S.C. § 5841, 5861(d) and 5871 - Failure to Register a Firearm - 12/09/2003 - Count 1 and 2.

Title 18 U.S.C. § 922(g)(3) - Unlawful User of a Controlled Substance while in Possession of a Firearm - 12/09/2003 - Count 3 and 4.

in violation of Title ____26:18____ United States Code, Section(s) ____5841, 5861(d) and 5871: 922(g)(3) and 924(a)(2)____

| Walter A.Y.H. Chinn | Clerk U. S. District Court |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| [signature] | December 1, 2004 |
| Title of Issuing Officer | Date and Location |

Bail Fixed at   NO BAIL                    By: Leslie E. Kobayashi, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/6/04 | [illegible] | [signature] |